RICK FIMAN, CURTIS FOX, JOEL WARD GARMAN, RANDY DAN HOPKINSON, AKA RANDY PETTY, RANDALL WILLIS HUDGINS, JOHN RUSSELL LOKEN, MIKE S. LYSLE, GREG E. MARTINEZ, MIKE ROMERO, LOUIS JACKSON McCALLISTER, AKA JACK, STEVE D. SUTTON, DAN GEORGE DOIY, TOM ROBINSON CHARGED AS TOM ROBBIN-SON, JACK McCALLISTER, JAMES EDWARD HOOVER, MICHAEL GINES, DAVID BUMGARD-NER, RONNIE GOMEZ, ELROA LANE HANSEN, DONALD STEVEN TUCKER, SALVATORE PAT-ERNO, CAROL A. MERCADO, AND HARVEY DAVID RICH, APPELLANTS, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

Nos. 7155–7174 and 7176–7180

March 29, 1973                              508 P.2d 1017

*George H. Spizzirri,* of Las Vegas, for Appellants.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The identical issues raised in these appeals were considered and rejected in Cairns v. Sheriff, 89 Nev. 113, 508 P.2d 1015 (1973), decided today.

Affirmed.